**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

CHRISTOPHER ADAM JACKSON,

      Petitioner,

v.                                  CIVIL ACTION NO. 5:25-cv-00480

CURTIS DIXON,

      Respondent.

## <u>ORDER</u>

Pending is Petitioner Christopher Adam Jackson's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. 1], filed August 1, 2025. This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on May 8, 2026. Magistrate Judge Reeder recommended that the Court deny Mr. Jackson's § 2241 Petition and dismiss this matter without prejudice for failure to prosecute under *Federal Rule of Civil Procedure* 41(b).

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's

findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on May 26, 2026. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 8**], **DENIES** Mr. Jackson's § 2241 Petition for a Writ of Habeas Corpus [**Doc. 1**], **DISMISSES** this matter without prejudice for failure to prosecute under Rule 41(b), and **REMOVES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER:  June 3, 2026



Frank W. Volk
Chief United States District Judge

---

[1] On May 8, 2026, a copy of the PF&R was mailed to Mr. Jackson at Southern Regional Jail but was returned as undeliverable on May 19, 2026. [Doc. 9]. On May 19, 2026, the PF&R was subsequently remailed to Mr. Jackson at his last provided address. [*Id.*]. At this writing, no response has been received. The matter is thus ripe for adjudication.